■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MOORE, Appellant. [624 NYS2d 621] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Bourgeois, J.), rendered November 27, 1984, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court properly admitted into evidence testimony regarding the defendant's involvement with the sale of marihuana and his prior confrontation with the victim and the victim's brother. The testimony was admissible to establish the defendant's motive to kill the victim, who had allegedly stolen money from the defendant while selling drugs for him *(see, People v Colon,* 187 AD2d 445). Further, the probative value of the testimony

outweighed its potential prejudice insofar as it was the only evidence of motive *(see generally, People v Ventimiglia,* 52 NY2d 350, 361). The trial court's limiting instructions curtailed any prejudice to the defendant resulting from the admission of the testimony.

By decision and order dated June 1, 1993, this Court declined to grant the defendant leave to appeal from an order denying his motion to vacate the judgment, and thus the issues raised by defendant concerning that motion are not properly before this Court for review *(see, People v Drummond,* 104 AD2d 825, 826).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Sullivan, J. P., Rosenblatt, Copertino and Hart, JJ., concur.